UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD RUNNELS (#187611),<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-1482-P |
| VERSUS | JUDGE DONALD E. WALTER |
| STATE OF LOUISIANA, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Runnels's civil rights complaint is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 7 day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE